## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gregory L. Beers                              CHAPTER 13

                Debtor(s)                              BKY. NO. 19-17273 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                          Respectfully submitted,
                                          **/s/ Rebecca A. Solarz Esquire**
                                          Rebecca A Solarz, Esquire
                                          Kevin G. McDonald, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322