Certificate Number: 11760-PAE-DE-033861845

Bankruptcy Case Number: 19-17273



11760-PAE-DE-033861845

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 22, 2019, at 7:23 o'clock PM PST, Gregory Beers completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 22, 2019          By:    /s/Jennifer L Walter

                                   Name:  Jennifer L Walter

                                   Title: Teacher