UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Gregory L. Beers<br><br>                Debtor | Chapter 13<br>Bankruptcy No.19-17273-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 24th day of March, 2020, by first class mail upon those listed below:

Gregory L. Beers
6520 1st Avenue
Allentown, PA  18106

**Electronically via CM/ECF System Only:**

GEORGE M LUTZ ESQUIRE
HARTMAN VALERIANO MAGOVERN & LUTZ PC
1025 BERKSHIRE BLVD SUITE 700
WYOMISSING, PA  19610

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee