**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**GREGORY L. BEERS,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 19-17273 ELF** |

**CERTIFICATE OF SERVICE**

     I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Response to Motion for Relief from Automatic Stay of M&T Bank was served upon the addresses listed below, by way of electronic means on March 26, 2020:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

REBECCA ANN SOLARZ on behalf of Creditor M&T BANK - bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

                                      **Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
         1025 Berkshire Blvd., Suite 700
         Wyomissing, PA  19610
         610-779-0772