**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**GREGORY L. BEERS,**<br><br>　　　　　　　　　　　**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 19-17273 PMM** |

**CERTIFICATE OF SERVICE**

　　　　I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Amended Chapter 13 Plan was served upon the addresses listed below, all creditors and parties in interest by way of electronic means on April 22, 2020 and/or via first class mail on April 23, 2020:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

REBECCA ANN SOLARZ on behalf of Creditor M&T BANK - bkgroup@kmllawgroup.com

Gregory L. Beers
6520 1st Avenue
Allentown, PA 18106

　　　　　　　　　　　　　　　　　**Hartman, Valeriano, Magovern & Lutz, P.C.**

　　　　　　　　　　By:　　*s/Alyssa J. Merkey*
　　　　　　　　　　　　　　1025 Berkshire Blvd., Suite 700
　　　　　　　　　　　　　　Wyomissing, PA  19610
　　　　　　　　　　　　　　610-779-0772

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 19-17273-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Thu Apr 23 12:01:39 EDT 2020 | Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS, NV 89193-8872 |
| CSC Credit Services<br>Box 740040<br>Atlanta, GA 30374-0040 | Chex Systems Inc.<br>ATTN: Customer Relations<br>7805 Hudson Rd<br>Suite 100<br>Woodbury, MN 55125-1703 | Equifax Information Services LLC<br>P.O. Box 740256<br>Atlanta, GA 30374-0256 |
| Experian<br>Business Information Services<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 | FINANCIAL RECOVERIES<br>200 EAST PARK DR STE 100PO BOX 1388<br>MT LAUREL, NJ 08054-1297 | LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 126<br>GREENVILLE, SC 29602-0126 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | M & T BANK MORTGAGES<br>PO BOX 900<br>MILLSBORO, DE 19966-0900 |
| M & T Bank<br>c/o Rebecca A. Solarz, Esq.<br>701 Market Street, Ste 5000<br>Philadelphia, PA 19106-1541 | M&T Bank<br>P.O. Box 1508<br>Buffalo, NY 14240-1508 | MIDLAND FUNDING LLC<br>320 EAST BIG BEAVER RD#300<br>TROY, MI 48083-1271 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Patient First c/o Receivables Management Sys<br>PO Box 73810<br>North Chesterfield, VA 23235-8047 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 | RECEIVABLES MANAGEMENT<br>1807 HUGUENOT ROAD, SUITE 118<br>MIDLOTHIAN, VA 23113-5604 | Shawn Frederick-Beers<br>6520 1st Avenue<br>Allentown, PA 18106-9301 |
| Trans Union<br>P.O. Box 1000<br>Chester, PA 19016-1000 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 | GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern, Lutz, PC<br>1025 Berkshire Blvd.<br>Suite 700<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 |
| Gregory L. Beers<br>6520 1st Avenue<br>Allentown, PA 18106-9301 | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
M & T BANK                          (d)M&T Bank                      PORTFOLIO RECOVERY
PO BOX 900                          PO Box 840                       120 CORPORATE BLVDSUITE 100
MILLSBORO, DE 19966                 Buffalo, NY 14240                NORFOLK, VA 23502


(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)M&T BANK                         End of Label Matrix
                                    Mailable recipients    25
                                    Bypassed recipients     1
                                    Total                  26
```