**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:                                                                                      Case No. 19-17273-pmm
                                                                                                  Chapter 13

Gregory L. Beers

Debtor(s).

## NOTICE OF APPEARANCE

**M&T Bank**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:    */s/ Daniel P. Jones, Esquire*
         Daniel P. Jones, Esquire
         Bar No: 321876
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone: (215) 572-8111
         Fax: (215) 572-5025
         djones@sterneisenberg.com
         Attorney for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 24th day of April 2020, to the following:

George M. Lutz
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Blvd
Suite 700
P.O. Box 5828
Wyomissing, PA 19610
glutz@hvmllaw.com
***Attorney for Debtor***

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
***Chapter 13 Trustee***

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***


and by standard first-class mail postage prepaid to:

Gregory L. Beers
6520 1st Avenue
Allentown, PA 18106
***Debtor***


                                                                    By:      */s/Daniel P. Jones, Esquire*