United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 19-17273-pmm
Gregory L. Beers                                                  Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: PaulP               Page 1 of 2            Date Rcvd: Jul 09, 2020
                              Form ID: pdf900           Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
```
db             +Gregory L. Beers,    6520 1st Avenue,    Allentown, PA 18106-9301
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +M&T Bank,    c/o Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 The Shops at Valley Square,    Warrington, PA 18976-3403
14427857        CSC Credit Services,    Box 740040,    Atlanta, GA 30374-0040
14427858       +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
14427855       +Experian,    Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14427861       +FINANCIAL RECOVERIES,    200 EAST PARK DR STE 100PO BOX 1388,    MT LAUREL, NJ 08054-1297
14515316       +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C,    1025 Berkshire Blvd,
                 Suite 700,    Wyomissing, PA 19610-1284
14427862       +LVNV FUNDING LLC,    C/O RESURGENT CAPITAL SERVICES,    PO BOX 126,    GREENVILLE, SC 29602-0126
14427864       +M & T BANK MORTGAGES,    PO BOX 900,    MILLSBORO, DE 19966-0900
14443553       +M & T Bank,    c/o Rebecca A. Solarz, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
14443630       +M&T Bank,    P.O. Box 1508,    Buffalo, NY 14240-1508
14497469       +M&T Bank,    Daniel P. Jones, Esq.,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                 Warrington, PA 18976-3403
14427865       +MIDLAND FUNDING LLC,    320 EAST BIG BEAVER RD#300,    TROY, MI 48083-1271
14427868       +Shawn Frederick-Beers,    6520 1st Avenue,    Allentown, PA 18106-9301
14427856       +Trans Union,    P.O. Box 1000,    Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 10 2020 04:14:36      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14427860        E-mail/PDF: creditonebknotifications@resurgent.com Jul 10 2020 04:20:31      CREDIT ONE BANK,
                 PO BOX 98872,    LAS VEGAS, NV 89193-8872
14427859       +E-mail/Text: bankruptcy.notifications@fisglobal.com Jul 10 2020 04:14:35      Chex Systems Inc.,
                 ATTN: Customer Relations,    7805 Hudson Rd,    Suite 100,    Woodbury, MN 55125-1703
14429926        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 10 2020 04:20:51      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14427863        E-mail/Text: camanagement@mtb.com Jul 10 2020 04:14:20      M & T BANK,    PO BOX 900,
                 MILLSBORO, DE 19966
14458519        E-mail/Text: camanagement@mtb.com Jul 10 2020 04:14:20      M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
14497048        E-mail/Text: camanagement@mtb.com Jul 10 2020 04:14:20      M&T Bank,    One Fountain Plaza,
                 Buffalo, NY 14203
14453357       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 10 2020 04:14:31      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14427866        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2020 04:20:41
                 PORTFOLIO RECOVERY,    120 CORPORATE BLVDSUITE 100,    NORFOLK, VA 23502
14443663        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2020 04:20:42
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14452592       +E-mail/Text: colleen.atkinson@rmscollect.com Jul 10 2020 04:14:47
                 Patient First c/o Receivables Management Systems,    PO Box 73810,
                 North Chesterfield, VA 23235-8047
14430404        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 10 2020 04:14:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14427867       +E-mail/Text: colleen.atkinson@rmscollect.com Jul 10 2020 04:14:47      RECEIVABLES MANAGEMENT,
                 1807 HUGUENOT ROAD, SUITE 118,    MIDLOTHIAN, VA 23113-5604
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14430405*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: PaulP              Page 2 of 2              Date Rcvd: Jul 09, 2020
                              Form ID: pdf900          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:
          DANIEL P. JONES    on behalf of Creditor    M&T Bank djones@sterneisenberg.com,
           bkecf@sterneisenberg.com
          GEORGE M. LUTZ     on behalf of Debtor Gregory L. Beers glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  GREGORY L. BEERS

                                                                    :   Chapter 13

    Debtor                                      :   Bky. No.   19-17273 PMM

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: July 9, 2020**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE