United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-17273-pmm
Gregory L. Beers                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: PaulP              Page 1 of 1              Date Rcvd: Jul 22, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db             +Gregory L. Beers,    6520 1st Avenue,    Allentown, PA 18106-9301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
      DANIEL P. JONES    on behalf of Creditor    M&T Bank djones@sterneisenberg.com,
       bkecf@sterneisenberg.com
      GEORGE M. LUTZ    on behalf of Debtor Gregory L. Beers glutz@hvmllaw.com,
       amerkey@hvmllaw.com;r49419@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 6

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Gregory L. Beers, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Bky. No.  19-17273 PMM |

## O R D E R

       **AND NOW**, **WHEREAS**:

A. The Debtor's counsel George M. Lutz ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 30, "the Application").

B. The Application is being considered following the dismissal of this case, consistent with In re Lewis, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C. The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D. The Debtor did not pay the Applicant compensation  before the commencement of the case.

E. Reasonable and allowable compensation is allowed to the Applicant in the amount of $3,675.00 Expenses are allowed in the amount of $66.80.

       It is therefore, **ORDERED** and **DETERMINED** that:

1. The Application is **GRANTED**.

2. The Chapter 13 Trustee  is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: 7/22/20

                                            **PATRICIA M. MAYER**
                                            **U.S. BANKRUPTCY JUDGE**