Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 19-17273-PMM**

Gregory L. Beers  
6520 1st Avenue  
Allentown  PA    18106

Petition Filed Date: 11/19/2019  
341 Hearing Date: 01/14/2020  
Confirmation Date:

Case Status: Dismissed Before Confirmation on 7/ 9/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2020 | $1,050.00 | 1650007395 | 03/31/2020 | $2,100.00 | 1352407922 | 04/27/2020 | $1,630.00 | |
| 05/27/2020 | $1,630.00 | | | | | | | |

**Total Receipts for the Period: $6,410.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,410.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Gregory L. Beers | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $3,741.80 | $0.00 | $3,741.80 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,410.00 | Current Monthly Payment: | $1,630.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $600.05 | Total Plan Base: | $94,430.00 |
| Funds on Hand: | $5,809.95 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.